


# TAX SALE CERTIFICATE

STATE OF LOUISIANA, PARISH OF ORLEANS, CITY OF NEW ORLEANS

V.

MERRIELL BRENT

**BE IT KNOWN AND REMEMBERED**, that, I, Beverly Gariepy, Director of Finance and ex-officio Tax Collector in and for the City of New Orleans, in the name of the City of New Orleans, and by virtue of the authority vested in me by the constitution and laws of the State of Louisiana and in pursuance of the requirements of those laws, having mailed and published the notice required by law and having strictly complied with each and every requirement of the laws relating to delinquent taxes and tax debtors and to seizures, advertisements, and sale of tax sale title to the property in full, did in the manner prescribed by law, advertise and list in the Times-Picayune the property to be sold for delinquent property taxes with interest and costs for the year(s) 2015, 2016 and 2017 in the City of New Orleans on the 2nd day of March, 2018, the 11th day of March, 2018 and the 6th day of April, 2018, giving notice in the issues of the newspaper and in the list as advertised the following described immovable property appearing in the name of:

MERRIELL BRENT ETAL 312 RED RIVER ST BENTON, LA 71006
To Wit:

Tax Bill Number: **206203414**
Property Description: SQ 329 LOT 22 B CONTI 5 OVER 58X150 OVER 159

| Year: | Type: | Balance: | Interest: | Penalty: | Collection: | Total: |
|---|---|---|---|---|---|---|
| 2016 | Code Enforcement Lien | $2,605.00 | $0.00 | $0.00 | $0.00 | $2,605.00 |
| 2016 | Tax Sale Costs | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 |
| 2017 | ADDITIONAL MILL | $76.36 | $8.40 | $0.00 | $0.00 | $84.76 |
| 2017 | Real Estate | $1,613.92 | $242.09 | $0.00 | $0.00 | $1,856.01 |
| 2017 | Tax Sale Costs | $0.00 | $0.00 | $0.00 | $319.50 | $319.50 |
| 2018 | Tax Sale Costs | $0.00 | $0.00 | $0.00 | $265.50 | $265.50 |
| **Total:** | | **$4,295.28** | **$250.49** | **$0.00** | **$685.00** | **$5,230.77** |

And on said 10th day of April, 2018, after beginning but not completing said list, I continued the same within legal hours each succeeding legal day offering tax sale title to said property for sale at public auction in the manner required by said laws and the whole or the undivided interest of the tax debtor therein being the smallest amount of said property that any bidder would buy and pay the taxes and costs, and FLAG BOY PROPERTIES, LLC being the bidder, and having complied with the terms of sale, became the purchaser of tax sale title to **99%** of the whole of the property or the undivided interest of the tax debtor therein.

**NOW, THEREFORE,** all the formalities of the law having been complied with, I, Beverly Gariepy, Director of Finance and ex-officio Tax Collector for said City of New Orleans, by virtue of the authority vested in me by the laws of the State of Louisiana do by these presents sell and transfer unto **FLAG BOY PROPERTIES, LLC** of **5500 PRYTANIA ST, PMB#440, NEW ORLEANS, LA 70115**, tax sale title to **99%** of the whole of the property or the undivided interest of the tax debtor therein last above described with all the improvements thereon. The tax debtor or any person interested personally or as heir, legatee, creditor or otherwise, shall have the right to redeem the property for the period of three years from the date of filing of this tax sale certificate. All redemption payments shall be made through the tax collector of the appropriate political subdivision. Payment shall include all statutory impositions accruing before the date of redemption payment with a five percent penalty and simple interest accruing at one percent per month.

Chelsey Richard Napoleon
CLERK OF CIVIL DISTRICT COURT
INST #: 2018-19293   05/25/2018   08:42:15 AM
TYPE: TAXSALE 3 PG(S)

CIN#: 637971
**COPY**

CNOTSD00372062034141

 

**IN TESTIMONY WHEREOF,** I have hereunto signed my name officially in the City of New Orleans, in the presence of the two undersigned competent witnesses, who also signed on this 9th day of May, 2018.

Witness:
_____
Sign
MICAELA E. BOWERS

Tax Collector or Authorized Agent:
_____
Sign
JULIUS M. NUNN

Witness:
_____
Sign
JOYCE MACALUSO

Notary Public:
_____
Sign
ERROL B. CONLEY
Notary Public #1727
My Commission is for Life.



CNOTSD00372062034141

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112

Land Records Division
Telephone (504) 407-0005

# Chelsey Richard Napoleon
### Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2018-19293

Recording Date: 5/25/2018 08:42:15 AM

Document Type: TAX SALE

Addtl Titles Doc Types:

Conveyance Instrument Number: 637971

Filed by: ARCHON INFORMATION SYSTEMS
935 GRAVIER ST
STE 1700
NEW ORLEANS, LA 70112

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.