Case 24-50538-hcc    Doc 118-34    Filed 10/08/21    Entered 10/08/21 18:38:45    Desc
Exhibit C 520 3.6.A administrative jmt    Page 11 of 44

2016-28154 Page 1 of 4

# NOTICE OF ADMINISTRATIVE JUDGMENT

## CITY OF NEW ORLEANS
## CODE ENFORCEMENT AND HEARINGS BUREAU

Case Number: 13-08714-MPM

**CITY OF NEW ORLEANS**
**VS**

Nathan Merriell Jr.
or his Successors, Heirs and Assigns
Michael D Picou
Conrad J Picou
Frances R Picou aka Ora Frances Picou
Madeline P Cheramie
Hilda Matherne Leonard
Margaret Louise Rau
Charles Edward Merriell
or his Successors, Heirs and Assigns
Bonnie Jean Merriell Paker
Bruce Merriell
Bertha Merriell Chapman
Brent Merriell
Charles Edward Merriel
or his Successors, Heirs and Assigns,
Natha Merriel, Jr.
or his Successors, Heirs & Assigns
The Succession of Nathan Merriell, Sr.

**Owner(s) of**
**2530-2532 Conti St.**

Considering the record of the administrative proceeding on this case held on **Monday May 23, 2016**, judgment is hereby rendered that you are liable of the violations alleged on **September 30, 2013**, at your property located at **2530-2532 Conti St., District 2, Square 329, Lot 22 B, Tax Bill Number 206203414.**

You are hereby notified of this Administrative Judgment that the property is determined liable in violation of the Code of the City of New Orleans in accordance with the findings below.

You are further notified that a hearing cost of **$75.00** and research fee **$150.00** were assessed in addition to the fine associated with each code violation.

| Violation | Finding | Fine | Correction |
|---|---|---|---|
| CCNO 26-157 - 157 Sanitation | Guilty Accumulated Trash/Garbage/Debris | $ 0.00 | Remove All Trash and Debris |
| CCNO 26-160(a) - 160 Weeds and Plant Growth | Guilty Weeds/Plants > 18 Inches | $ 0.00 | Cut and Remove Cuttings |
| CCNO 26-161(a) - 161 Rodent Harborage | Guilty Rodents Present | $ 0.00 | Extermination needed |
| CCNO 26-163 - 163 Fences and Walls | Guilty Missing Boards or Pieces | $ 100.00 | Repair or Replace |
| CCNO 26-167(b) - 167 Paint or Protective Treatment | Guilty Not Protected \ Peeling/Flaking/Chipped | $ 100.00 | Apply Protective Treatment |
| CCNO 26-167(a) - 167 Exterior Surfaces | Guilty Not Maintained \ Siding has loose and Missing Portions | $ 100.00 | Repair or Replace |
| CCNO 26-169 - 169 Structure | Guilty Deteriorated \ Leaning \ Not Structurally Sound \ Out of Plumb \ Termite Damage \ Collapsing at Rear | $ 200.00 | Repair or Replace |

1340 POYDRAS STREET | SUITE 1100 | NEW ORLEANS, LOUISIANA 70112
PHONE 504-658-5050 | FAX 504-658-4333



Case 121-50538123-hcc  Doc 118-34  Filed 10/08/21  Entered 10/08/21 16:28:45  Desc
Exhibit C 5203.6.A administrative jmt  Page 2 of 4

2016-28154  Page 2 of 4

| Code | Violation | Penalty | Action |
|---|---|---|---|
| CCNO 26-169 - 169 Studs | Guilty Deteriorated \ Exposed | $100.00 | Repair or Replace |
| CCNO 26-170 - 170 Footings | Guilty Rolled | $100.00 | Repair or Replace |
| CCNO 26-170 - 170 Foundation | Guilty Sub-Standard | $100.00 | Repair or Replace |
| CCNO 26-170 - 170 Piers | Guilty Inadequate \ Missing Portions \ Sub-Standard | $100.00 | Repair or Replace |
| CCNO 26-171 - 171 Exterior Walls | Guilty Deteriorated \ Loose/Rotting Materials | $100.00 | Repair or Replace |
| CCNO 26-171 - 171 Weatherboards | Guilty Deteriorated \ Loose Portions \ Missing Portions | $100.00 | Repair or Replace |
| CCNO 26-172 - 172 Gutters and Downspouts | Guilty Missing. | $100.00 | Repair or Replace |
| CCNO 26-174 - 174 Decorative Features | Guilty In Disrepair | $200.00 | Repair or Replace |
| CCNO 26-175 - 175 Overhang Extensions | Guilty In Disrepair | $100.00 | Repair or Replace |
| CCNO 26-176 - 176 Stairways | Guilty Hazardous \ Steps Missing | $100.00 | Repair or Replace |
| CCNO 26-178 - 178 Handrails and Guardrails | Guilty Missing in Places | $100.00 | Repair or Replace |
| CCNO 26-179 - 179 Windows | Guilty Cracks/Holes \ Not Weather Tight \ Unsound | $100.00 | Repair or Replace |
| CCNO 26-179 - 179 Door Frames | Guilty Not Weather Tight \ Unsound \ Termite Damaged | $100.00 | Repair or Replace |
| CCNO 26-180 - 180 Insect Screens | Guilty Holes/Breaks \ Loose Portions | $0.00 | Repair or Replace |
| CCNO 26-181 - 181 Doors | Guilty Broken \ Deteriorated \ Unsecured | $100.00 | Repair or Replace |
| CCNO 26-182 - 182 Gates | Guilty Not Latching | $100.00 | Repair or Replace |
| CCNO 26-184 - 184 Interior Surfaces | Guilty Decayed/Defective \ Unclean/Unsanitary | $100.00 | Repair or Replace |
| CCNO 26-185 - 185 Stairs | Guilty The rear exterior steps are missing...HAZARDOUS | $100.00 | Repair or Replace |

Based the accumulation of the aforementioned violation(s) is of such a nature that the unoccupied property creates an uninhabitable and hazardous condition that threatens the public health and safety and that the property is therefore deemed a blight and public nuisance, pursuant to Sections 26-236 and 26-237 of the Code of the City of New Orleans.

We submit to you that blight is not only the physical deterioration of the property but also the negative impact on the community-the eyesore in the community.

You are hereby ordered to abate all of the aforementioned violation(s) in the manner provided herein within thirty (30) days of the mailing of this order.

IT IS ORDERED you are commanded to correct the above violations and remit **$2,525.00** within thirty (30) days of the mailing of this judgment.

You are hereby notified that each day a violation continues after the ordered abatement period concludes shall be deemed a separate offense, subjecting you to an additional penalty of **$0.00** per day, for each day the aforementioned violation(s) continue. The daily penalties shall begin accruing the day after the abatement period expires and will continue accruing daily, per violation, for one year, or until the violations are corrected, whichever occurs first. A violation is not deemed to be corrected until you submit proof of compliance with the ordered abatement measure as provided herein to the appropriate enforcement agency.

1340 POYDRAS STREET | SUITE 1100 | NEW ORLEANS, LOUISIANA 70112
PHONE 504-658-5050 | FAX 504-658-4333



Case 21-50538-hcc  Doc 118-34  Filed 10/08/21  Entered 10/08/21 18:28:45  Desc
Exhibit C-23 6.A administrative Jmt  Page 3 of 4

2016-28154 Page 3 of 4

Proof of compliance must be submitted with your payment. Payment must be sent by money order or cashier's check made payable to the City of New Orleans at the following address:

City of New Orleans
Code Enforcement and Hearings Bureau
1340 Poydras Street, Suite 1100
New Orleans, LA 70112

Failure to remit **$ 2,525.00** within thirty (30) days and present proof of compliance will result in this Notice of Administrative Judgment being recorded against the property, which results in a recordation fee of **$80.00** for a total payment of **$2,605.00** which shall constitute a lien and privilege, and subject you to further enforcement action.

The lien and privilege shall secure all fines, fees, costs and penalties that are assessed herein. A failure to pay any lien and privilege in furtherance of this judgment may result in the sale of your property at a public auction to pay for the outstanding lien or privilege.

If you fail to comply with all of the ordered abatement measures or corrections within the time-frame ordered by the hearing officer, the City may petition for enforcement of the ordered abatement measures in Municipal Court, which may result in punishment by imprisonment. The City is also authorized to contract or to perform any abatement measure(s) ordered, any costs of which will constitute an additional lien on your property.

You have the right to appeal this decision by filing a petition with the Civil District Court for the Parish of Orleans within thirty (30) days of the mailing of this Notice of Administrative Judgment in accordance with the Code of the City of New Orleans Ch. 6 Sec. 41 and La. R.S. 13:2575(H). Notice of appeal under this subsection shall not stay the enforcement and collection of the judgment unless the person who files the appeal furnishes security prior to filing notice of appeal.

IT IS FURTHER ORDERED security is fixed at **$2,525.00**. Payment of which must be remitted in the Office Of Code Enforcement on behalf of the department of finance prior to filing suit in Civil District Court to stay further action by Code Enforcement.

Judgment rendered May 23, 2016
Judgment signed May 23, 2016

KATHLEEN MARKSBURY
Administrative Hearing Officer
Case Number: 13-08714-MPM



1340 POYDRAS STREET | SUITE 1100 | NEW ORLEANS, LOUISIANA 70112
PHONE 504-658-5050 | FAX 504-658-4333

Case 21-50538-hcc Doc 118-34 Filed 10/08/21 Entered 10/08/21 16:28:45 Desc
Exhibit C 5203.6.A administrative limit Page 4 of 4

2016-28154 Page 4 of 4

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112

Telephone (504) 407-0005



Chelsey Richard Napoleon
Chief Deputy Clerk

Land Records Division

# Hon. Dale N. Atkins
### Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2016-28154

Recording Date: 7/12/2016 10:24:45 AM

Document Type: CITY LIEN

Addtl Titles Doc Types:

Mortgage Instrument Number: 1222987

Filed by: CITY OF NEW ORLEANS
1340 POYDRAS STREET
STE 1100
NEW ORLEANS, LA 70112

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.