# NOTICE OF ADMINISTRATIVE JUDGMENT

## CITY OF NEW ORLEANS
## CODE ENFORCEMENT AND HEARINGS BUREAU

**Case Number: 18-08188-MPM**                                        Tuesday, June 04, 2019

**CITY OF NEW ORLEANS**
**VS**

Brent Merriell
Nathan Merriell, Jr.
Flag Boy Properties, LLC
**Owner(s) of**
**2530-2532 Conti St.**

Considering the record of the administrative proceeding on this case held on **Tuesday, June 04, 2019**, judgment is hereby rendered that you are liable of the violations alleged on **September 14, 2018**, at your property located at **2530-2532 Conti St., District 2, Square 329, Lot 22, Tax Bill Number 206203414**.

You are hereby notified of this Administrative Judgment that the property is determined liable in violation of the Code of the City of New Orleans in accordance with the findings below.

You are further notified that a hearing cost of **$75.00** was assessed in addition to the fine associated with each code violation.

| Violation | Finding | Fine | Correction |
|---|---|---|---|
| CCNO 26-157 - 157 Sanitation | Guilty<br>157 Sanitation - Accumulated Trash/Garbage/Debris \ Unclean | $100.00 | Abated |
| CCNO 26-159 - 159 Sidewalks | Dismissed<br>159 Sidewalks - Unmaintained | $0.00 | N/A |
| CCNO 26-160(a) - 160 Weeds and Plant Growth | Guilty<br>160 Weeds and Plant Growth - Weeds/Plants > 18 Inches | $500.00 | Cut and Remove Cuttings |
| CCNO 26-161(a) - 161 Rodent Harborage | Guilty<br>161 Rodent Harborage - | $100.00 | Extermination needed |
| CCNO 26-163 - 163 Fences and Walls | Dismissed<br>163 Fences and Walls - Missing Boards or Pieces | $0.00 | N/A |
| CCNO 26-167(b) - 167 Paint or Protective Treatment | Dismissed<br>167 Paint or Protective Treatment - Peeling/Flaking/Chipped Paint | $0.00 | N/A |
| CCNO 26-167(a) - 167 Exterior Surfaces | Guilty<br>167 Exterior Surfaces - Exterior Surfaces Not Maintained | $300.00 | Repair or Replace |
| CCNO 26-167(c) - 167 Siding and Masonry | Guilty<br>167 Siding and Masonry - Unmaintained | $200.00 | Repair or Replace |
| CCNO 26-168 - 168 Premises Identification | Guilty<br>168 Premises Identification - Address Not Displayed | $500.00 | Visible address numbers needed |
| CCNO 26-169 - 169 Structure | Guilty<br>169 Structure - Deteriorated | $300.00 | Repair or Replace |

1340 POYDRAS STREET | SUITE 1100 | NEW ORLEANS, LOUISIANA 70112
PHONE 504-658-5050 | FAX 504-658-4333 | CODEENFORCEMENT@NOLA.GOV



| | | | |
|---|---|---|---|
| CCNO 26-169 - 169 Studs | Guilty<br>169 Studs - Deteriorated \ Exposed \ Missing | $200.00 | Repair or Replace |
| CCNO 26-171 - 171 Exterior Walls | Guilty<br>171 Exterior Walls - Deteriorated \ Loose/Rotting Materials \ Open Holes/Breaks | $300.00 | Repair or Replace |
| CCNO 26-171 - 171 Weatherboards | Guilty<br>171 Weatherboards - Missing | $200.00 | Repair or Replace |
| CCNO 26-172 - 172 Roofs | Guilty<br>172 Roofs - Defective \ Deteriorated | $500.00 | Repair or Replace |
| CCNO 26-179 - 179 Windows | Guilty<br>179 Windows - Cracks/Holes \ Unsecured | $500.00 | Repair or Replace |
| CCNO 26-181 - 181 Doors | Guilty<br>181 Doors - Unsecured | $200.00 | Repair or Replace |

**IT IS FURTHER ORDERED** based on the aforementioned violations, the facts establish the property unsafe to a person or property; a fire hazard; a hazard to the public health; a public nuisance; dangerous to a person or property because of the violations which justify abatement by demolition, and **DEMOLITION IS ORDERED**.

Based on the aforementioned violations (s) is of such a nature that the unoccupied property creates an uninhabitable and hazardous condition that threatens the public health and safety and that the property is therefore deemed a blight and public nuisance, pursuant to Sections 26-236 and 26-237 of the Code of the city of New Orleans

We submit to you that blight is not only the physical deterioration of the property but also the negative impact on the community the eyesore in the community

**You are hereby ordered to abate all of the aforementioned violation(s) in the manner provided herein within thirty (30) days of the mailing of this order.**

**IT IS ORDERED** you are commanded to correct the above violations and remit **$ 3,975.00** within thirty (30) days of the mailing of this judgment.

**You are hereby notified that** each day a violation continues after the ordered abatement period concludes shall be deemed a separate offense, subjecting you to **a hearing to assess maximum of $500 Daily Fines**, for each day the aforementioned violation(s) continue. The daily penalties shall begin accruing the day after the abatement period expires and will continue accruing daily, per violation, for one year, or until the violations are corrected, whichever occurs first. A violation is not deemed to be corrected until you submit proof of compliance with the ordered abatement measure as provided herein to the appropriate enforcement agency.

Proof of compliance must be submitted with your payment. Payment must be sent by money order or cashier's check made payable to the City of New Orleans at the following address:

City of New Orleans
Code Enforcement and Hearings Bureau
1340 Poydras Street, Suite 1100
New Orleans, LA 70112

Failure to remit **$ 3,975.00** within thirty (30) days and present proof of compliance will result in this Notice of Administrative Judgment being recorded against the property, which results in a recordation fee of **$130.00** for a total payment of **$4,105.00** which shall constitute a lien and privilege, and subject you to further enforcement action.

The lien and privilege shall secure all fines, fees, costs and penalties that are assessed herein. A failure to pay any lien and privilege in furtherance of this judgment may result in the sale of your property at a public auction to pay for the outstanding lien or privilege.

If you fail to comply with all of the ordered abatement measures or corrections within the time-frame ordered by the hearing officer, the City may petition for enforcement of the ordered abatement measures in Municipal Court, which may result in punishment by imprisonment. The City is also authorized to contract or to perform any abatement measure(s) ordered, any costs of which will constitute an additional lien on your property.



You have the right to appeal this decision by filing a petition with the Civil District Court for the Parish of Orleans within thirty (30) days of the mailing of this Notice of Administrative Judgment in accordance with the Code of the City of New Orleans Ch. 6 Sec. 41 and La. R.S. 13:2575(H). Notice of appeal under this subsection shall not stay the enforcement and collection of the judgment unless the person who files the appeal furnishes security prior to filing notice of appeal.

IT IS FURTHER ORDERED security is fixed at **$ 3,975.00**. Payment of which must be remitted in the Office Of Code Enforcement on behalf of the department of finance prior to filing suit in Civil District Court to stay further action by Code Enforcement.

Judgment rendered  6/4/19

Judgment signed  6/4/19

**Kara Williams**
Administrative Hearing Officer
**Case Number: 18-08188-MPM**

1340 POYDRAS STREET | SUITE 1100 | NEW ORLEANS, LOUISIANA 70112
PHONE 504-658-5050 | FAX 504-658-4333 | CODEENFORCEMENT@NOLA.GOV



1340 Poydras Street, 4th Floor
New Orleans, Louisiana  70112



Land Records Division
Telephone (504) 407-0005

# Chelsey Richard Napoleon
### Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number:  2019-26714

Recording Date:  7/15/2019 10:21:15 AM

Document Type:  CITY LIEN

Addtl Titles Doc Types:

Mortgage Instrument Number:  1306302

Filed by:  CITY OF NEW ORLEANS

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.