2019-00571 Page 1 of 2

FILED

JAN -4 A 8:52

CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 19-87

DIVISION: N / 8

IN RE: FLAG BOY PROPERTIES, LLC

FILED: _____

_____
DEPUTY CLERK

### ORDER OF SEIZURE AND POSSESSION

IT IS HEREBY ORDERED that in accordance with Louisiana Revised Statute 47:2158, the Clerk of Court for the Parish of Orleans shall issue a Writ of Possession commanding the Sheriff of the Parish of Orleans to seize the property, described below, and place the purchaser, Flag Boy Properties, LLC is actual possession thereof:

A CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon and all the servitudes, rights, ways, and appurtenances thereunto belonging or in anywise appertaining, situated in the **SECOND DISTRICT** of the CITY OF NEW ORLEANS, Parish of Orleans, State of Louisiana, in **SQUARE NO. 329**, bounded by Conti, Bienville, N. Rocheblave and N. Dorgenois Streets, designated as **LOT NO. 22-B**, said lot commences at a distance of 231'9" from the corner of Conti and N. Rocheblave Streets, and measures then 5'7"5" front on Conti Street, by a depth on the side line towards N. Rocheblave Street of 150'4"6", and a depth on the opposite side line, towards N. Dorgenois Street of 159'7"1", and a width in the rear of 58'7"1", all as more fully shown on survey by Gilbert & Kelly, Surveyors, dated September 26, 1959.

The improvements thereon bare the Municipal Nos. 2530-32 Conti Street, New Orleans.

READ, RENDERED, AND SIGNED this __4__ day of __January__, 2019.

_____
DISTRICT JUDGE

ETHEL SIMMS JULIEN
JUDGE
Division "N"

RECEIVED
JAN 04 2019
DIVISION "N"

A TRUE COPY
_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**VERIFIED**

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112



Land Records Division
Telephone (504) 407-0005

# Chelsey Richard Napoleon
### Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2019-00571

Recording Date: 1/4/2019 10:10:04 AM

Document Type: ORDER

Addtl Titles Doc Types:

Mortgage Instrument Number: 1291481

Filed by: JONAH FREEDMAN
700 CAMP ST
STE 316
NEW ORLEANS, LA 70130

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.