IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-55382-LRC |
| | ) | |
| BRENT MERRIELL, | ) | CHAPTER 13 |
|     Debtor | ) | |
| _____ | ) | |
| FLAG BOY PROPERTIES, LLC, | ) | ADVERSARY PROCEEDING |
|     Plaintiff, | ) | NO. 21-05113 |
| vs. | ) | |
| BRENT MERRIELL, | ) | |
|     Defendant. | ) | |
| _____ | ) | |

AMENDED CERTIFICATE OF SERVICE

    This is to certify that on November 5, 2021 I served the "Summons And Complaint" [Doc Nos. 1 and 3] upon all parties to this action listed below by depositing into the U.S. Postal mail service with adequate postage thereon, addressed as follows:

| | |
|---|---|
| Brent Merriell<br><br>2208 Woodiron Drive<br><br>Duluth, GA 30097 | Elizabeth L. Hyman, Esq.<br><br>710 Carondelet St.<br><br>New Orleans, LA 70130 |
| Scott J. Sonnier, Esq.<br><br>650 Poydras St, Suite 1400<br><br>New Orleans, LA. 70130 | |

This 8th day of November, 2021.                              Respectfully submitted,

                                                                        ***/s/ Shayna M. Steinfeld***
                                                                         Shayna M. Steinfeld, Esq.
                                                                               GA Bar No. 622895

STEINFELD & STEINFELD, P.C.
11B Lenox Pointe, NE, Atlanta, GA 30324
404/636-7786, shayna@steinfeldlaw.com
Attorneys for Flag Boy Properties, LLC